IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv237

| | |
|---|---|
| CHARLES H. TAYLOR and ELIZABETH O. TAYLOR, ) ) ) Plaintiffs, ) ) v. ) ) FEDERAL DEPOSIT INSURANCE ) CORPORATION, Receiver of Blue ) Ridge Savings Bank, Inc. and BANK ) OF NORTH CAROLINA, ) ) Defendants. ) _____ ) | ORDER |

Pending before the Court is the Motion to Dismiss filed by Defendant Federal Deposit Insurance Corporation ("FDIC"). [# 4]. Plaintiffs failed to file a response to the motion. The Court **DIRECTS** Plaintiffs to **SHOW CAUSE** in writing by December 3, 2013, why the Court should not grant Defendant FDIC's Motion to Dismiss and dismiss all the claims asserted against Defendant Federal Deposit Insurance Company. The failure to comply with this Order in a timely manner will result in the Court finding that Plaintiffs concede the legal merits of the arguments raised by Defendant FDIC in its motion and consent to the dismissal of all claims asserted in the Complaint against Defendant FDIC. No extension of the December 3, 2013, deadline shall be granted by the Court.

Signed: November 25, 2013

Dennis L. Howell
United States Magistrate Judge