IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv237

| | |
|---|---|
| CHARLES H. TAYLOR and ELIZABETH O. TAYLOR, ) ) ) Plaintiffs, ) ) v. ) ) ) FEDERAL DEPOSIT INSURANCE ) CORPORATION, Receiver of Blue ) Ridge Savings Bank, Inc. and BANK ) OF NORTH CAROLINA, ) ) Defendants. ) _____ ) | MEMORANDUM AND RECOMMENDATION |

Pending before the Court is the Motion to Dismiss filed by Defendant Federal Deposit Insurance Corporation ("FDIC"). [# 4]. The FDIC moves to dismiss the claims asserted against it in the Complaint for lack of subject matter jurisdiction and failure to state a claim. Plaintiffs, who are represented by counsel, failed to file a response to the motion. Accordingly, the Court directed the Plaintiffs to show cause in writing by December 3, 2013, why the Court should not grant the pending Motion to Dismiss and dismiss all the claims asserted against Defendant FDIC. (Order, Nov. 25, 2013.) The Court also warned Plaintiffs that: "The failure to comply with this Order in a timely manner will result in the Court finding that Plaintiffs concede the legal merits of the arguments raised by

Defendant FDIC in its motion and consent to the dismissal of all claims asserted in the Complaint against Defendant FDIC." (Order, Nov. 25, 2013.) In response to the Court's Show Cause Order, Plaintiffs did not respond to the Motion to Dismiss and did not show cause in writing. In fact, Plaintiffs have done nothing to move this case forward since the case was removed to this Court on September 6, 2013.

As a result of Plaintiffs' failure to comply with the Court's Order and show cause in writing why the Court should not grant the pending motion to dismiss, Plaintiffs concede the merits of Defendant FDIC's legal arguments raised in the motion and consent to the dismissal of all claims asserted against Defendant FDIC in the Complaint. Accordingly, the Court **RECOMMENDS** that the District Court **GRANT** the Motion to Dismiss [# 4] and dismiss all the claims asserted against Defendant FDIC in the Complaint.

Signed: December 10, 2013

Dennis L. Howell
United States Magistrate Judge

## **Time for Objections**

The parties are hereby advised that, pursuant to 28, United States Code, Section 636(b)(1)(c), and Rule 72, Federal Rules of Civil Procedure, written objections to the findings of fact, conclusions of law, and recommendation contained herein must be filed within **fourteen** (**14**) days of service of same. **Responses to the objections must be filed within fourteen (14) days of service of the objections.** Failure to file objections to this Memorandum and Recommendation with the district court will preclude the parties from raising such objections on appeal. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984).